```
Wallace C. Doolittle, Esq. (SBN 158116)
LAW OFFICES OF WALLACE C. DOOLITTLE
1260 B Street, Suite 220
Hayward, CA  94541
Tel: (510) 888-0600
Fax: (510) 888-0606
e-mail: doolittlew@doolittlelaw.com
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD DICKERSON, LLOYD HALL, BRANDON REED and HARRISON BROWN<br><br>Plaintiff(s),<br><br>v.<br><br>CAL WASTE SOLUTIONS, et al<br><br>Defendant(s). | No. C 08-3773 WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE**<br>**AND**<br>**REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 12, 2008            Signature /s/ Wallace C. Doolittle

Counsel for all Defendants
(Plaintiff, Defendant, or indicate "pro se")