1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DICKERSON, et al.,                                    No.  C 08-3773 WDB

             Plaintiffs,                          NOTICE OF IMPENDING
                                                      REASSIGNMENT TO A UNITED
     v.                                             STATES DISTRICT COURT
                                                      JUDGE
CAL WASTE SOLUTIONS, et al.

             Defendants.
_____/

      The Clerk of this Court will now randomly reassign this case to a United States District

Judge because one or more of the parties has requested reassignment to a United States District

Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case

management conference set for November 18, 2008, at 4:00 p.m. is vacated.


Dated: August 13, 2008                               Richard W. Wieking, Clerk
                                                     United States District Court


                                                     *Sarah Weinstein*


                                                     By:  SarahWeinstein
                                                          Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd