WALLACE C. DOOLITTLE, ESQ.  (SBN 158116)
BRADLEY D. BAYAN, ESQ.  (SBN 218751)
JOHN A. SWEENEY, ESQ. (SBN 164528)
**LAW OFFICES OF WALLACE C. DOOLITTLE**
1260 B Street, Suite 220
Hayward, California  94541

TELEPHONE: (510) 888-0600
FACSIMILE:  (510) 888-0606
EMAIL:       doolittlew@doolittlelaw.com

Attorneys for Defendants CALIFORNIA WASTE SOLUTIONS, INC., a California corporation (sued incorrectly herein as "CAL WASTE SOLUTIONS"), JIMMY DUONG, RUTH LIU (sued incorrectly herein as "RUTH LUI"), OSCAR RAMIREZ, STAN BEALE (sued incorrectly herein as "STAN BEAL") and RICH GROGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| REGINALD DICKERSON, LLOYD HALL, BRANDON REED and HARRISON BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>CAL WASTE SOLUTIONS, JIMMY DUONG, RUTH LIU, OSCAR RAMIREZ, STAN BEAL, RICH GROGAN and DOES 1-50<br><br>Defendants, | Case No. **CV 08  3773   WHA**<br><br>**DEMAND FOR JURY TRIAL BY DEFENDANT JIMMY DUONG**<br><br>Date:<br>Time:<br>Dept:  Courtroom 9, 19rd Floor, 450 Golden Gate Ave., San Francisco, CA  94102<br><br>Complaint filed:  July 18, 2008<br>Trial date:  None |

1

## DEMAND FOR JURY TRIAL

    Defendant JIMMY DUONG hereby demands trial by jury pursuant to Federal Rule of Civil Procedure 38 et seq.

                                      Respectfully submitted,

Dated: August 15, 2008        LAW OFFICES OF WALLACE C. DOOLITTLE

                                      _____/S/_____
                                      Wallace C. Doolittle, Esq., Attorney for Defendants CALIFORNIA WASTE SOLUTIONS, INC., a California corporation (sued incorrectly herein as "CAL WASTE SOLUTIONS"), JIMMY DUONG, RUTH LIU (sued incorrectly as "RUTH LUI"), OSCAR RAMIREZ, STAN BEALE ("incorrectly sued herein as "STAN BEAL") and RICH GROGAN