WALLACE C. DOOLITTLE, ESQ. (SBN 158116)
BRADLEY D. BAYAN, ESQ. (SBN 218751)
JOHN A. SWEENEY, ESQ. (SBN 164528)
**LAW OFFICES OF WALLACE C. DOOLITTLE**
1260 B Street, Suite 220
Hayward, California 94541

TELEPHONE: (510) 888-0600
FACSIMILE:  (510) 888-0606
EMAIL:       doolittlew@doolittlelaw.com

Attorneys for Defendants CALIFORNIA WASTE SOLUTIONS, INC., a California corporation (sued incorrectly herein as "CAL WASTE SOLUTIONS"), JIMMY DUONG, RUTH LIU (sued incorrectly as "RUTH LUI"), OSCAR RAMIREZ, STAN BEALE (sued incorrectly herein as "STAN BEAL") and RICH GROGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| REGINALD DICKERSON, LLOYD HALL, BRANDON REED AND HARRISON BROWN,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CAL WASTE SOLUTIONS, JIMMY DUONG, RUTH LUI, OSCAR RAMIREZ, STAN BEAL, RICH GROGAN and DOES 1-50,<br><br>　　　　Defendants. | Case No.  **CV 08  3773 WHA**<br><br>**RENOTICE OF MOTION TO DISMISS PURSUANT TO F.R.C.P. 12(B)(6), OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION**<br><br>Date:  October 2, 2008<br>Time:  8:00 a.m.<br>Dept: Courtroom 9, 19rd Floor, 450 Golden Gate Ave., San Francisco, CA  94102<br><br>Complaint filed:  July 18, 2008<br>Trial date:  None |

1

TO: ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on October 2, 2008 at 8:00 a.m., or as soon thereafter as the matter may be heard, in Courtroom 9, 19rd Floor, located at 450 Golden Gate Ave., San Francisco, CA 94102, or such other department to which the Court may assign to this matter, all Defendants will and do hereby move the above-entitled Court for an order dismissing the Complaint of Plaintiffs or, in the alternative, for an order compelling arbitration of the claims set forth in the Complaint.

This motion is brought pursuant to Federal Rule of Civil Procedure, Rule 12(b)(6), based upon Section 301 of the Labor Management Relations Act, and upon such other and further authorities set forth in the attached Memorandum of Points and Authorities filed herewith.

Specifically, this motion to dismiss, or, in the alternative, to compel arbitration, seeks relief as follows:

(1) Plaintiffs' First, Second, Third, Fourth, Fifth, Sixth, Seventh, Eighth and Tenth Cause of Action should be dismissed as, among other things, Plaintiffs have failed to exhaust their grievance remedies under the Teamsters Collective Bargaining Agreement, these Plaintiffs have failed to allege exhaustion of their administrative remedies, and have further failed to state legally cognizable causes of action for sexual harassment, hostile work environment and sexual battery;

(2) In the alternative, arbitration is mandatory under the Collective Bargaining Agreement and therefore if the Court is not inclined to dismiss this matter, the Court is nevertheless respectfully requested to order the matter to arbitration and to stay and hold the action in abeyance.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    This motion shall be based upon this Notice of Motion, the Memorandum of Points and Authorities previously filed, the Plaintiffs' Complaint and exhibits thereto (attached to the Notice of Removal filed by Defendants) the files and records of this action and such other and further oral and documentary evidence as may be introduced or referred to at the hearing on this matter.

Dated:   August 18, 2008        LAW OFFICES OF WALLACE C. DOOLITTLE

                              _____/S/_____
                              Wallace C. Doolittle, Esq.
                              Attorneys for Defendants CALIFORNIA WASTE SOLUTIONS, INC., a California corporation (sued incorrectly herein as "CAL WASTE SOLUTIONS"), JIMMY DUONG, RUTH LIU (sued incorrectly as "RUTH LUI"), OSCAR RAMIREZ, STAN BEALE (sued incorrectly herein as "STAN BEAL") and RICH GROGAN