WALLACE C. DOOLITTLE, ESQ. (SBN 158116)
JAMES P. DOWNS, ESQ. (SBN 139489)
JOHN A. SWEENEY, ESQ. (SBN 164528)
**LAW OFFICES OF WALLACE C. DOOLITTLE**
1260 B Street, Suite 220
Hayward, California 94541

TELEPHONE: (510) 888-0600
FACSIMILE: (510) 888-0606
EMAIL: doolittlew@doolittlelaw.com

Attorneys for Defendants CALIFORNIA WASTE SOLUTIONS, INC., a California corporation (sued incorrectly herein as "CAL WASTE SOLUTIONS"), JIMMY DUONG, RUTH LIU (sued incorrectly as "RUTH LUI"), STAN BEALE (sued incorrectly herein as "STAN BEAL") and RICH GROGAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | |
|---|---|
| REGINALD DICKERSON, LLOYD HALL, BRANDON REED AND HARRISON BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>CAL WASTE SOLUTIONS, JIMMY DUONG, RUTH LUI, OSCAR RAMIREZ, STAN BEAL, RICH GROGAN and DOES 1-50,<br><br>Defendants. | Case No. **CV 08 3773 WHA**<br><br>**NOTICE OF DEFENDANT OSCAR RAMIREZ'S REQUEST FOR ORDER GRANTING SUBSTITUTION OF ATTORNEY AND [PROPOSED] ORDER**<br><br>Date:<br>Time:<br>**Dept: Courtroom 9, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102**<br><br>**Complaint filed: July 18, 2008**<br>**Trial date: October 19, 2009** |

1

**DECLARATION OF OSCAR RAMIREZ IN SUPPORT OF REQUEST FOR ORDER GRANTING SUBSTITUTION OF ATTORNEY**
**CASE NO. CV 08 3773 WHA**

NOTICE OF REQUEST AND REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY: Defendant OSCAR RAMIREZ hereby submits this Notice of Request, Request, Proposed Order [submitted to the Court via e-mail], and Declaration in Support of Request [filed herewith], and hereby requests that this Court make an order approving the substitution of Corinne Lynne Keating (SBN 248576) of Lewis, Brisbois, Bisgaard and Smith, 1 Sansome Street, Suite 1400, San Francisco, CA 94104, telephone number (415) 262-8581, as counsel of record in place of Wallace C. Doolittle (SBN 158116), James P. Downs (SBN 139489), Bradley D. Bayan (SBN 218751) and John A. Sweeney (SBN 164528).

The attorney for Plaintiffs has received notice of the proposed substitution on May 21, 2009, via telephone from the assigned mediator in this matter. Mr. Ramirez's signature consenting to the proposed substitution is included in his declaration, filed herewith. The present

//

//

//

2

**DECLARATION OF OSCAR RAMIREZ IN SUPPORT OF REQUEST FOR ORDER GRANTING SUBSTITUTION OF ATTORNEY**
**CASE NO. CV 08 3773 WHA**

attorney(s) and new attorney(s) each consent to the proposed substitution.

Dated: May 21, 2009

Respectfully submitted,

LAW OFFICES OF WALLACE C. DOOLITTLE

/S/
_____
Wallace C. Doolittle, Esq., Attorney for Defendants CALIFORNIA WASTE SOLUTIONS, INC., a California corporation (sued incorrectly herein as "CAL WASTE SOLUTIONS"), JIMMY DUONG, RUTH LIU (sued incorrectly as "RUTH LUI"), STAN BEALE ("incorrectly sued herein as "STAN BEAL") and RICH GROGAN

Dated: May 21, 2009

Respectfully submitted,

LEWIS, BRISBOIS, BISGAARD & SMITH

_____
Corinne L. Keating, Esq., Attorney for Defendant OSCAR RAMIREZ

3

DECLARATION OF OSCAR RAMIREZ IN SUPPORT OF REQUEST FOR ORDER GRANTING SUBSTITUTION OF ATTORNEY
CASE NO. CV 08 3773 WHA

# ~~PROPOSED~~ ORDER

### [Submitted by e-mail to Court]

The Court hereby orders that the request of Defendant Oscar Ramirez to substitute Corinne L. Keating, Esq. (SBN 248576), who is Retained Counsel, of Lewis, Brisbois, Bisgaard and Smith, 1 Sansome Street, Suite 1400, San Francisco, CA 94104, telephone number (415) 262-8581, as counsel of record in place and stead of Wallace C. Doolittle (SBN 158116), James P. Downs (SBN 139489), Bradley D. Bayan (SBN 218751) and John A. Sweeney (SBN 164528) is hereby __X__ GRANTED _____ DENIED

Dated   May 22, 2009

_____
U. S. District ~~Court Magistrate~~ Judge
William Alsup

*IT IS SO ORDERED*
*Judge William Alsup*

---

4

**DECLARATION OF OSCAR RAMIREZ IN SUPPORT OF REQUEST FOR ORDER GRANTING SUBSTITUTION OF ATTORNEY**
**CASE NO. CV 08 3773 WHA**