IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD DICKERSON, LLOYD HALL, BRANDON REED AND HARRISON BROWN,<br><br>Plaintiffs,<br><br>v.<br><br>CAL WASTE SOLUTIONS, JIMMY DUONG, RUTH LUI, OSCAR RAMIREZ, STAN BEAL, RICH GROGAN, and DOES 1–50,<br><br>Defendants.<br>_____/ | No. C 08-03773 WHA<br><br>**ORDER SETTING HEARING ON DEFENDANTS' DISCOVERY MOTION AND VACATING JUNE 25, 2009, HEARING DATE** |

The Court hereby **SETS** a hearing for defendants' motion for examination of plaintiffs pursuant to FRCP 35 for **JUNE 1, 2009, AT 11:00 A.M.** in Courtroom 9 in the federal courthouse. Plaintiffs' response must be filed by **NOON ON MAY 28**. The hearing set in defendants' motion of June 25, 2009, is **VACATED**.

The parties are directed to review the Court's supplemental order to order setting initial case management conference filed August 21, 2008, regarding the Court's procedures on discovery.

**IT IS SO ORDERED.**

Dated: May 22, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE