IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD DICKERSON, *et al.*,

Plaintiffs,

v.

CAL WASTE SOLUTIONS, *et al.*,

Defendants.

No. C 08-03773 WHA

**ORDER RE DEADLINES**

This order recites the deadlines set during today's hearing on defendant's motion for examination of plaintiffs pursuant to FRCP 35. Plaintiffs must answer the Court ordered interrogatory by **NOON ON JUNE 5, 2009**. The depositions of the three remaining plaintiffs must be completed by **JUNE 19, 2009**.

No later than **JUNE 25, 2009**, defendant may file a renewed motion for examination of plaintiffs pursuant to FRCP 35, and the response to the motion is due on **JULY 2, 2009**. The hearing on the renewed motion will be on **JULY 9, 2009 AT 11 A.M.**

The hearing noticed for June 18, 2009 for the other pending motions is hereby **VACATED** and rescheduled for **JUNE 11, 2009 AT 8 A.M.**

**IT IS SO ORDERED.**

Dated: June 1, 2009

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE