IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD DICKERSON, LLOYD HALL, BRANDON REED, and HARRISON BROWN,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>CAL WASTE SOLUTIONS, JIMMY DUONG, RUTH LIU, OSCAR RAMIREZ, STAN BEALE, RICH GROGAN, and DOES 1–50,<br><br>　　　　Defendants.　　　　　　　／ | No. C 08-03773 WHA<br><br>**NOTICE RE ORAL ARGUMENT** |

Counsel should be prepared to address the entitlement of defendants to the fee agreement in the first place. Ordinarily the fee agreement is not relevant to any issue to be tried to a jury and therefore is not discoverable even if it is unprivileged, unless somehow plaintiff has placed it at issue. How if at all has this occurred in the instant case?

**IT IS SO ORDERED.**

Dated: June 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE