**United States District Court**

For the Northern District of California

1

2

3

4

5

6                IN THE UNITED STATES DISTRICT COURT

7

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10

REGINALD DICKERSON, LLOYD HALL,
BRANDON REED, and HARRISON BROWN,

11                                                      No. C 08-03773 WHA

                Plaintiffs,

12

13      v.

                                                        **REMINDER NOTICE**
14  CAL WASTE SOLUTIONS, JIMMY DUONG,                    **OF UPCOMING TRIAL**
    RUTH LIU, OSCAR RAMIREZ, STAN BEAL,                  **AND FINAL PRETRIAL**
    RICH GROGAN, and DOES 1–50,                          **CONFERENCE**
15

16              Defendants.
                                                    /
17

18          This notice serves as a friendly reminder that this case remains set for a **FINAL**

19  **PRETRIAL CONFERENCE** on **SEPTEMBER 28, 2009**, at **2:00 P.M.**, with a **JURY TRIAL** on

20  **OCTOBER 19, 2009, AT 7:30 A.M.**  Please consult the existing case management order and

21  review and follow all standing guidelines and orders of the undersigned for civil cases on

22  the Court's website at http://www.cand.uscourts.gov.  Continuances will rarely be granted.

23          The final pretrial conference will be an important event, for it will be there that the

24  shape of the upcoming trial will be determined, including *in limine* orders, time limits and

25  exhibit mechanics.  Lead trial counsel must attend.

26          To avoid any misunderstanding with respect to the final pretrial conference and trial,

27  the Court wishes to emphasize that all filings and appearances must be made — on pain of

28  dismissal, default or other sanction — unless and until a dismissal fully resolving the case is

United States District Court
For the Northern District of California

1  received.  It will not be enough to inform the clerk that a settlement in principle has been

2  reached or to lodge a partially executed settlement agreement or to lodge a fully executed

3  agreement (or dismissal) that resolves less than the entire case.  Where, however, a

4  fully-executed and unconditional settlement agreement clearly and fully disposing of the entire

5  case is lodged reasonably in advance of the pretrial conference or trial and only a ministerial

6  act remains, the Court will arrange a telephone conference to work out an alternate procedure

7  pending a formal dismissal.

8  　　　　In order to evaluate whether the Court can be of further ADR assistance, please file a

9  joint report within fourteen days of service of this order describing the progress and status of

10  your ADR efforts to date and any further ADR recommendations by the parties.

11  　　　　In this case, the Court wishes to consider the following additional trial procedures and

12  desires that counsel meet and confer and reach a stipulation concerning whether and how to

13  use them:

14  　　　　　　　　1.　　　Scheduling opposing experts so as to appear in successive order;

15  　　　　　　　　2.　　　Giving preliminary instructions on the law;

16  　　　　　　　　3.　　　Allowing limited pre-closing deliberations (as per, *e.g.*, Rule 39

17  of the Arizona Rules of Civil Procedure); and

18  　　　　　　　　4.　　　Allowing each side fifteen minutes of opening/argument time to

19  be used during the evidence time (in addition to normal opening statement and

20  closing argument).

21  　　　　Please present the results of your stipulation (or not) in the joint pretrial conference

22  submissions.

23

24

25  Dated:  June 12, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

26

27

28

2