IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD DICKERSON, LLOYD
HALL, BRANDON REED, AND
HARRISON BROWN,

    Plaintiffs,

  v.

CAL WASTE SOLUTIONS, JIMMY
DUONG, RUTH LUI, OSCAR RAMIREZ,
STAN BEAL, RICH GROGAN, and
DOES 1–50,

    Defendants.
                                    /

No. C 08-03773 WHA

**ORDER SETTING HEARING
ON PLAINTIFF'S EX PARTE
MOTION TO EXTEND
DISCOVERY AND VACATING
JULY 30, 2009, OR ANY
OTHER HEARING DATE
NOTICED BY PLAINTIFF**

      The Court is in receipt of plaintiff's ex parte motion to extend discovery filed on June 30, 2009, the last day in which to conduct discovery. The Court shall hear this motion following defendants' renewed motion for examination of plaintiffs on **JULY 9, 2009, AT 11:00 A.M.** Defendants' response is due by **NOON ON JULY 7, 2009**.

      **IT IS SO ORDERED.**

Dated: July 1, 2009.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE