IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGINALD DICKERSON, LLOYD HALL, BRANDON REED, AND HARRISON BROWN,<br><br>    Plaintiffs,<br><br>  v.<br><br>CAL WASTE SOLUTIONS, JIMMY DUONG, RUTH LUI, OSCAR RAMIREZ, STAN BEAL, RICH GROGAN, and DOES 1–50,<br><br>    Defendants.<br>                                          / | No. C 08-03773 WHA<br><br>**AMENDED ORDER SETTING HEARING ON DEFENDANT'S EX PARTE MOTION TO EXTEND DISCOVERY AND VACATING JULY 30, 2009, OR ANY OTHER HEARING DATE NOTICED BY DEFENDANT** |

       The Court is in receipt of defendant Ramirez's ex parte motion to extend discovery filed on June 30, 2009, the last day in which to conduct discovery. The Court shall hear this motion following defendants' renewed motion for examination of plaintiffs on **JULY 9, 2009, AT 11:00 A.M.** Plaintiff's response is due by **NOON ON JULY 7, 2009**.

       **IT IS SO ORDERED.**

Dated: July 1, 2009.

                                                          WILLIAM ALSUP
                                                          UNITED STATES DISTRICT JUDGE