**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD DICKERSON, LLOYD HALL,
BRANDON REED, and HARRISON BROWN,

     Plaintiffs,

  v.

CAL WASTE SOLUTIONS, JIMMY DUONG,
RUTH LIU, OSCAR RAMIREZ, STAN BEAL,
RICH GROGAN, and DOES 1–50,

     Defendants.

_____/

No. C 08-03773 WHA

**ORDER SETTING
HEARING ON
DEFENDANTS'
MOTIONS RE EXPERTS**

     The Court is in receipt of the parties' motions re expert reports and **SETS** a hearing for

**JULY 15, 2009, AT 11:00 A.M.**  All counsel shall please attend the hearing in person in

Courtroom 9 at the federal courthouse, at 450 Golden Gate Avenue, San Francisco, California.

     The hearing noticed for August 20, 2009, is **VACATED**.  Even at this late date, the parties

need to be familiar with the Court's procedures outlined in document No. 30 filed August 21,

2008.

     **IT IS SO ORDERED.**

Dated: July 14, 2009.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE