IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD DICKERSON, LLOYD
HALL, BRANDON REED, and
HARRISON BROWN,

    Plaintiffs,

  v.

CAL WASTE SOLUTIONS, JIMMY
DUONG, RUTH LIU, OSCAR RAMIREZ,
STAN BEAL, RICH GROGAN, and
DOES 1–50,

    Defendants.
                                       /

No. C 08-03773 WHA

**ORDER TO SHOW CAUSE**

    Plaintiffs are **ORDERED TO SHOW CAUSE** why their experts should not be precluded based on their failure to meet the due dates in the case management order and to respond to the motion to preclude, all of which will be heard on **JULY 29, 2009, AT 2:00 P.M.** Plaintiffs' response is due **JULY 27 AT NOON**.

    **IT IS SO ORDERED.**

Dated: July 15, 2009

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE