**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD DICKERSON, LLOYD HALL, BRANDON REED, and HARRISON BROWN,

    Plaintiffs,

    v.

CAL WASTE SOLUTIONS, JIMMY DUONG, RUTH LIU, OSCAR RAMIREZ, STAN BEAL, RICH GROGAN, and DOES 1–50,

    Defendants.
    /

No. C 08-03773 WHA

**NOTICE OF NEW TRIAL DATE**

    The trial date in this case will be **MOVED** from October 19, 2009, to **TUESDAY, OCTOBER 13, 2009**, in order to complete the trial before a major criminal case beginning on October 26.

    **IT IS SO ORDERED.**

Dated: July 15, 2009.

                                    WILLIAM ALSUP
                                    UNITED STATES DISTRICT JUDGE