IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD DICKERSON, LLOYD HALL,
BRANDON REED, and HARRISON BROWN,

    Plaintiffs,

  v.

CAL WASTE SOLUTIONS, JIMMY DUONG,
RUTH LIU, OSCAR RAMIREZ, STAN BEAL,
RICH GROGAN, and DOES 1–50,

    Defendants.

No. C 08-03773 WHA

**ORDER RE PLAINTIFFS'
LETTER OF 8/12/2009 RE
DEPOSITION OF
DEFENDANT DUONG**

The Court is in receipt of plaintiffs' August 12, 2009, letter (filed August 14, 2009, Dkt. 162). Defendant Duong is requested to respond no later than **9:00 A.M., AUGUST 17, 2009**. The Court will issue its ruling shortly thereafter.

**IT IS SO ORDERED.**

Dated: August 14, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE