IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD DICKERSON, LLOYD HALL,
BRANDON REED, and HARRISON BROWN,

    Plaintiffs,

  v.

CAL WASTE SOLUTIONS, JIMMY DUONG,
RUTH LIU, OSCAR RAMIREZ, STAN BEAL,
RICH GROGAN, and DOES 1–50,

    Defendants.

No. C 08-03773 WHA

**ORDER RE
DUONG DEPOSITION**

    Defendant Duong is **ORDERED TO APPEAR** at **9:00 A.M.** at Ms. Morgan's office for his deposition on **AUGUST 19, 2009**. Relief is otherwise **DENIED** except that if the delay, mainly the fault of defense counsel and Mr. Duong, leads to real prejudice, then the Court will consider further relief.

    **IT IS SO ORDERED.**

Dated: August 17, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE