IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

REGINALD DICKERSON, LLOYD HALL, BRANDON REED, AND HARRISON BROWN,

    Plaintiffs,

  v.

CAL WASTE SOLUTIONS, JIMMY DUONG, RUTH LUI, OSCAR RAMIREZ, STAN BEAL, RICH GROGRAN AND DOES 1-50,

    Defendants.

No. C 08-03773 WHA

**ORDER RE SUBMISSION OF SETTLEMENT AGREEMENTS**

The Court has received settlement agreements for only three of the four plaintiffs. The submission of settlement agreements for only some plaintiffs is not enough. Unless a dismissal is filed, the matter will proceed to trial. Accordingly, the final pre-trial conference will proceed as scheduled at **2:00 P.M. ON SEPTEMBER 28, 2009**. As such, plaintiffs should either dismiss the case or decide whether they are going to trial.

**IT IS SO ORDERED.**

Dated: September 23, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE