Angela L. Morgan, Bar No. 208585
MORGAN & ASSOCIATES
7677 Oakport Street, Suite 1050
Oakland, California 94621
Telephone: (510) 383-9794
Facsimile: (510) 383-9797

Attorney for Plaintiffs:
Reginald Dickerson, Lloyd Hall, Brandon Reed and Harrison Brown

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| REGINALD DICKERSON, LLOYD HALL, BRANDON REED AND HARRISON BROWN,<br><br>PLAINTIFFS,<br><br>v.<br><br>CAL WASTE SOLUTIONS, JIMMY DUONG, RUTH LUI, OSCAR RAMIREZ, STAN BEAL, RICH GROGAN AND DOES 1-50,<br><br>DEFENDANTS. | Case No. C 08-3773 WHA<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON<br><br><br><br>Complaint filed: July 18, 2008<br>Trial date: October 19, 2009<br><br>Courtroom: 9, 19th Floor, 450 Golden Gate Ave., San Francisco, CA 94102<br><br>Judge: The Honorable William H. Alsup |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), **IT IS HEREBY STIPULATED** by Plaintiffs, Reginald Dickerson, Lloyd Hall, Brandon Reed, and Harrison Brown, by and through their counsel Angela L. Morgan, Esq. of Morgan & Associates; Defendants, Cal Waste Solutions, Jimmy Duong, Stan Beal, Rich Grogan and Ruth Lui, by and through their counsel Wallace C. Doolittle, Esq. of Law Offices of Wallace C. Doolittle; and Defendant, Oscar Ramirez, by and through his counsel,

Charles O. Thompson, Esq. of and Sandra McIntyre, Esq. for Lewis Brisbois Bisgaard & Smith LLP; that this action be dismissed in its entirety, with prejudice, and with each party bearing their own attorneys' fees and costs herein.

Dated: September 28, 2009

MORGAN & ASSOCIATES

Angela L. Morgan,
Attorney for all Plaintiffs, Reginald Dickerson, Brandon Reed, Lloyd Hall and Harrison Brown

Dated: September 28, 2009

LEWIS BRISBOIS BISGAARD & SMITH

Charles O. Thompson, Esq.
Sandra K. McIntyre, Esq.
Attorneys for Defendant, Oscar Ramirez

Dated: September 28, 2009

LAW OFFICES OF WALLACE C. DOOLITTLE

AAR6SSNSY, ESQ, FOR:
Wallace C. Doolittle, Esq.,
Attorney for Defendants, Cal Waste Solutions, Jimmy Duong, Ruth Lui, Stan Beal and Rich Grogan

## ORDER

Good cause appearing therefore, IT IS HEREBY ORDERED that this case is dismissed in its entirety, with prejudice, and that each party shall bear their own attorneys fees and costs herein.

DATED: September 28, 2009

IT IS SO ORDERED
Judge William Alsup

The Honorable [William Alsup]
Judge of the [Northern] District Court

4829-5521-4084.1Stipulation for Dismissal of Entire Action With Prejudice